*01/13/2010   Receipt #
11089185
$1815.92*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 1815.92 IN 2 CHECKS
CHECK #  14866 FOR $ 1652.02
CHECK #  14867 FOR $163.90
Representing unclaimed funds.

DATED: 1-12-2010

S/ ALBERT J. MOGAVERO


FILED
JAN 1 3 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

ALBERT J. MOGAVERO
TRUSTEE

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 850022 | HARDING | 0515050 | 167.74 | BANK OF AMERICA | P. O. BOX 26012 | NC4-105-03-14 BK DEPT. | GREENSBORO | NC | 274206012 |
| 850025 | LEN | 0516274 | 79.77 | BANK OF AMERICA | P. O. BOX 26012 | NC4-105-03-14 BK DEPT. | GREENSBORO | NC | 274206012 |
| 850026 | LEN | 0516274 | 22.24 | BANK OF AMERICA | P. O. BOX 26012 | NC4-105-03-14 BK DEPT. | GREENSBORO | NC | 274206012 |
| 850037 | FAHY | 0601071 | 173.88 | BANK OF AMERICA | P. O. BOX 26012 | NC4-105-03-14 BK DEPT. | GREENSBORO | NC | 274206012 |
| 850042 | LOBIANCO | 0601626 | 170.69 | BANK OF AMERICA | P. O. BOX 26012 | NC4-105-03-14 BK DEPT. | GREENSBORO | NC | 274206012 |
| 850087 | ELLISON | 0517500 | 78.16 | BANK OF AMERICA | P. O. BOX 26012 | NC4-105-03-14 BK DEPT. | GREENSBORO | NC | 274206012 |
| 850930 | GAGLIARDI | 0414813 | 5.01 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE -MORRIS HORWITZ | | UNKNOWN | NY | 14202 |
| 850934 | VATTER | 0419044 | 51.62 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE -MARK WALLACH | | UNKNOWN | NY | 14202 |
| 850937 | HALL, JR. | 0814727 | 32.92 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE -JOHN RING | | UNKNOWN | NY | 14202 |
| 850938 | TANNER | 0910148 | 5.00 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE -MORRIS HORWITZ | | UNKNOWN | NY | 14202 |
| 852160 | WEINSTOCK | 0515942 | 84.22 | E.P. KIRST & SONS, INC. | 5727 SOUTH PARK AVENUE | P.O. BOX 463 | HAMBURG | NY | 140750000 |
| 853151 | COOLBAUGH | 0417686 | 139.21 | LEON KASTNER WHOLESALE MEA% LACY, KATZEN ET AL | | 130 EAST MAIN STREET | ROCHESTER | NY | 14604 |
| 854593 | WOLCOTT | 0511907 | 36.12 | ROOT CAR MART INC | PO BOX 413 | | TONAWANDA | NY | 141510413 |
| 855188 | COOLBAUGH | 0417686 | 16.61 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 855191 | LANG | 0516767 | 89.06 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 855195 | BRUNDAGE | 0602393 | 9.41 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 855198 | SCHLAGER | 0701070 | 15.66 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 855201 | PEOPLES | 0813108 | 474.70 | VERIZON BANKRUPTCY | P.O. BOX 3037 | | BLOOMINGTON | IL | 617023037 |
| 855730 | MORTIMER | 0413974 | 2.67 | ROGER L MORTIMER | 9362 STATE ROAD | | GLENWOOD | NY | 14069 |
| 855757 | KRIEGER | 0510472 | 5.00 | LYNN M KRIEGER | 78 ARIS AVENUE | | BUFFALO | NY | 14206 |
| 855769 | LUX, JR. | 0513645 | 83.34 | MARCUS LUX, JR. & RITA LUX | 10059 TREVETT ROAD | | BOSTON | NY | 140259743 |
| 855781 | MIXON | 0516336 | 5.00 | GERALD W MIXON | 488 20TH STREET | | NIAGARA FALLS | NY | 14303 |
| 855785 | ALIKHAN | 0516894 | 37.87 | SYED & ZAINAB ALIKHAN | 7697 MICAWBER RD., NE | | WARREN | OH | 444841474 |
| 855787 | CYMERMAN | 0517423 | 5.00 | JOANNE & ERIC CYMERMAN | 175 GROVE STREET | | ANGOLA | NY | 14006 |
| 855809 | CAUGHILL | 0701288 | 5.00 | MARILYN J CAUGHILL | P.O. BOX 267 | | NEWFANE | NY | 141080267 |
| 855810 | LYNCH | 0701673 | 5.00 | DARYLE P LYNCH | 51 PROSPECT AVE. | | SPRINGVILLE | NY | 14141 |
| 855820 | LANDWEHR | 0811261 | 5.02 | ROSEMARY LANDWEHR | 259 NORTH PLEASANT PKY. | | BUFFALO | NY | 14206 |
| 855825 | KNIGHT | 0812216 | 5.00 | LESLIE A KNIGHT | 2225 INDEPENDENCE AVE. | | NIAGARA FALLS | NY | 14301 |
| 855830 | SIMMONS | 0814217 | 5.00 | DASHAN SIMMONS | 390 HEWITT AVENUE | | BUFFALO | NY | 14215 |
| | | | **$1,815.92** | | | | | | |

Page 1 of 1